In the Matter of the BROOKLYN UNION GAS COMPANY, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued March 3, 1948; decided April 22, 1948.

*John P. McGrath, Corporation Counsel (Isaac C. Donner* and *Gertrude Herschler* of counsel), for appellant. .

*Jackson A. Dykman, Sigourney B. Olney* and *Milo F. McDonald, Jr.,* for respondent.

Appeal dismissed unless the appellant within twenty days files a stipulation for order absolute.* No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

---

* Stipulation for order absolute filed May 8, 1948.— [REP.